IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILDA GRIFFIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 15-3700** |
| | : | |
| **CREDIT ONE FINANCIAL d/b/a** | : | |
| **CREDIT ONE BANK** | : | |

## ORDER

**AND NOW**, this 29th day of October, 2015, upon consideration of the Defendant's

Motion to Dismiss and Compel Arbitration (Document No. 3), the plaintiff's response and

the defendant's reply, it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that:

1.      No later than **December 1, 2015**, the parties shall complete discovery limited

to the enforceability of the arbitration agreement;

2.      No later than **December 11, 2015**, the defendant may file a renewed motion

to compel arbitration;

3.      No later than **December 8, 2015**, the plaintiff shall file her response to the

defendant's motion to compel arbitration.

 /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.