# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILDA GRIFFIN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-3700** |
| | : | |
| **CREDIT ONE FINANCIAL d/b/a** | : | |
| **CREDIT ONE BANK** | : | |

## ORDER

**AND NOW**, this 11th day of February, upon consideration of Credit One's Renewed Motion to Dismiss and Compel Arbitration (Document No. 14), the plaintiff's response and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.